UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARYL CHARLES ALI,

    Plaintiff,

v.   Case No. 5:20-cv-209-RV/MJF

MARK S. INCH, *et al.*,

    Defendants.
_____/

# ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 19, 2021 (ECF No. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) for maliciousness and abuse of the judicial process.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this  22nd  day of April 2021.

                               s/ *Roger Vinson*
                               **ROGER VINSON**
                               **SENIOR UNITED STATES DISTRICT JUDGE**